**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6507**

WILLIAM WASHINGTON,

Plaintiff - Appellant,

v.

JOHN CANNON FEW, Chief Judge, S.C. Court of Appeals; V. CLAIRE ALLEN,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Mary G. Lewis, District Judge.  (9:22-cv-02486-MGL)

Submitted:  January 30, 2024                    Decided:  February 5, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Washington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Washington appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b). In his informal brief, Washington does not challenge the bases for the district court's decision. As such, he has waived any argument that the district court's ruling was in error. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) (recognizing that "[t]he informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief"). Accordingly, we affirm the district court's order. *Washington v. Few*, No. 9:22-cv-02486-MGL (D.S.C. Apr. 20, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*